```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION

IN RE: DANIEL SALAZAR AND      {  CHAPTER 13
       REBECCA JO SALAZAR,     {
                               {
       DEBTOR(S)               {  CASE NO. R19-40682-PWB
                               {
                               {  JUDGE BONAPFEL
```

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The proposed plan fails to provide for the treatment of Cardinal Financial Company. However, said creditor has filed a secured claim.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                              _____/s/_____
                              Brandi L. Kirkland, Attorney
                              for Chapter 13  Trustee
                              GA Bar No. 423627
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
brandik@atlch13tt.com

R19-40682-PWB

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

DANIEL SALAZAR
1414 PAMELA DRIVE
TUNNEL HILL, GA 30755-9616

REBECCA JO SALAZAR
1414 PAMELA DRIVE
TUNNEL HILL, GA 30755-9616

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 13th day of June 2019


                /s/
Brandi L. Kirkland, Attorney
State Bar No. 423627




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
brandik@atlch13tt.com